**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

————————————

No. 98-60693

————————————

In the Matter of: CONSTANCE P MERCER

                                        Debtor
------------------------------------------------
AT&T UNIVERSAL CARD SERVICES

                                        Appellant

VERSUS

CONSTANCE P MERCER

                                        Appellee

------------
Appeal from the United States District Court
for the Southern District of Mississippi
------------

ON PETITION FOR REHEARING EN BANC

(Opinion April 26, 2000, 5 Cir., 2000, ___ F.3d ___)

(July 7, 2000)

Before JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER, and DENNIS, Circuit Judges.[*]

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental

---

[*] Chief Judge King is recused and did not participate in this matter.

briefs.